UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN FOSTER STILES, et al., | No. 2:23-cv-02537-KJM-CKD (PS) |
| Plaintiffs, | |
| v. | ORDER |
| CAROLINE ZAPP KAHN, et al., | |
| Defendants. | |

Plaintiff proceeds without counsel and seeks to participate in electronic case filing. (ECF No. 9.) "[A]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." See E.D. Cal. L.R. 133(b)(2). Plaintiff states the request is made due to the complexity of the case and having over 15 defendants. (ECF No. 9.) Plaintiff includes plaintiff's PACER account number. (Id. at 1.) Plaintiff's request for electronic case filing does not provide good cause for deviance from the Local Rule. The request to participate in electronic filing will be denied with respect to plaintiff's request to participate in the CM/ECF system to file documents. However, the request will be granted in part, with respect to electronic service of documents.

////

1

In accordance with the above, IT IS ORDERED as follows:

1. Plaintiff's motion to participate in electronic case filing (ECF No. 6) is GRANTED IN PART AND DENIED IN PART.

    a. The motion to participate in electronic case filing is GRANTED with respect to electronic service of documents. The clerk is directed to configure plaintiff's account to receive immediate email notifications when documents are filed in this case.

    b. The motion to participate in electronic case filing is DENIED with respect to plaintiff's request to participate in the CM/ECF system to file documents. Plaintiff shall continue to file paper documents with the court through conventional means.

2. Plaintiff consents to receive service of documents electronically and waives the right to receive service by first class mail pursuant to FRCP 5(b)(2)(D).

3. If plaintiff needs additional time to respond to filings due to lack of access to electronic filing, plaintiff may request extensions of time, as necessary.

Dated: December 11, 2023

*[signature: Carolyn K. Delaney]*

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
stil23cv2537.efile